IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL A. MINOR                                                                                          PLAINTIFF
ADC #85935

V.                                         NO. 5:07cv00033 JMM

ROSALYN WILLIAMS, et al                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint without prejudice. All pending motions are denied as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.

Further, pursuant to <u>Armentrout v. Tyra</u>, 175 F.3d 1023 (8th Cir. 1999) (unpub. table op.), an action dismissed without prejudice under <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994), counts as a "strike" pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this   11   day of April , 2007.


                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE