IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL A. MINOR                                                                                            PLAINTIFF
ADC #85935

V.                                          NO. 5:07cv00033 JMM

ROSALYN WILLIAMS, et al                                                                              DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this __11__ day of _April_, 2007.


_____
UNITED STATES DISTRICT JUDGE